UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MONQUEZE L. SUMMERS        ]
    Petitioner,           ]
                           ]
v.                         ]   No. 3:10-0201
                           ]   Judge Trauger
STEPHEN DOTSON, WARDEN     ]
    Respondent.           ]

**O R D E R**

On April 9, 2010, an order (Docket Entry No.15) was entered granting the petitioner thirty (30) days in which to either pay the appellate filing fee or submit an application to proceed on appeal in forma pauperis.

The thirty days have past and the petitioner has neither paid the appellate filing fee nor submitted an application to proceed on appeal in forma pauperis.

Accordingly, the Court hereby certifies that the petitioner's appeal (Docket Entry No.13) is not being taken in good faith. 28 U.S.C. § 1915(a)(3). The Clerk will forward a copy of this order to the Sixth Circuit Court of Appeals.

It is so ORDERED.

                                        _____
                                      Aleta A. Trauger
                                      United States District Judge